# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Cristhofer REYES-Almonte<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 25-894 (M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 29, 2025** in the county of **San Juan** in the
_____ District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 922(a)(1) | Firearm Trafficking Conspiracy |

This criminal complaint is based on these facts:

See attached affidavit.
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

**KEVIN CALDERON** *Digitally signed by KEVIN CALDERON*
*Date: 2025.09.29 17:03:11 -05'00'*

*Complainant's signature*

Kevin Calderon, Special Agent HSI
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 7:07 pm, on

Date: 09/29/2025

*Judge's signature*

City and state: San Juan, Puerto Rico  U.S. Magistrate Judge Héctor Ramos-Vega
*Printed name and title*