IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTHOFER REYES-ALMONTE,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25-420 (PAD)<br><br>Violations:<br>18 U.S.C. §§ 371 & 922(a)(1)<br><br>ONE COUNT |

THE GRAND JURY CHARGES:

### COUNT ONE
### Firearm Trafficking Conspiracy
### Title 18, United States Code, Sections 371 & 922(a)(1)

On or about September 28, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

CRISTHOFER REYES-ALMONTE,

knowingly and intentionally conspired and agreed together and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, namely to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and one or more of the defendants committed an overt act to effect the object of the conspiracy, namely the sale of firearms, all of which constitutes a violation of Title 18, United States Code, Section 371.

### FIREARMS FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c).

*United States v. Cristhofer Reyes-Almonte.*
*Indictment*

Upon conviction of the offenses alleged in Count One of this Indictment, Defendant CRISTHOFER REYES-ALMONTE shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of those offenses, including but not limited to: One (1) Heckler & Koch, P30, .40 caliber, s/n: 219016744; and One (1) Glock pistol, model 19x, 9mm caliber, s/n: BYVK328.

TRUE BILL

FOREPERSON

Date: 9-X-2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

Luis Rivera-Méndez
Special Assistant United States Attorney